# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH JANE THOMAS,<br><br>     Plaintiff,<br><br>     v.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security[1],<br><br>     Defendant. | Case No.: 1:24-cv-0192 JLT HBK<br><br>ORDER GRANTING THE PARTIES' JOINT MOTION AND AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 21) |

Sarah Jane Thomas and Michelle King, the Acting Commissioner of Social Security, jointly request that Plaintiff shall be awarded fees and expenses in the amount of $7,000.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 21 at 2.)  Accordingly, the Court **ORDERS**:

1. The parties' joint motion for attorney's fees (Doc. 21) is **GRANTED**.
2. Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $7,000.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

   Dated:  __**January 25, 2025**__                               _/s/ Jennifer L. Thurston_
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Michelle King as the defendant in this action.